Entered on Docket
February 08, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: February 08, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

DAVID N. PILKINGTON and
CHERYL R. PILKINGTON,

                    Debtors.  /

DAVID PILKINGTON,

                    Plaintiff,

vs.

BAC HOME LOANS SERVICING, LP,

                    Defendant(s)./

Case No. 10-49377 J
Adv. No. 10-4292 AJ

### MEMORANDUM RE ABSTENTION

The court has considered the factors for discretionary abstention pursuant to 28 U.S.C. § 1334(c)(1), and has concluded that abstention is appropriate. See In re Tucson Estates, Inc., 912 F.2d 1162, 1166-67 (9th Cir. 1990).

All of the claims for relief are matters governed by California law. The matters at issue are not core bankruptcy matters under 28 U.S.C. § 157(b)(2). The parties have a right to a jury trial. If

MEMORANDUM

the matter is to be tried, the burden on the court's docket would be substantial.

For the foregoing reasons, the court will issue its order dismissing this adversary proceeding, without prejudice.

**END OF ORDER**

MEMORANDUM 2

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | David Pilkington |
| | 3377 Deer Valley Road #235 |
| 3 | Antioch, CA 94531 |
| 4 | John D. Pingel, Esq. |
| | Law Office of Reed Smith LLC |
| 5 | 101 2nd Street #18000 |
| | San Francisco, CA 94105 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

MEMORANDUM 3